# Order

Michigan Supreme Court
Lansing, Michigan

October 15, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

139799

JOHN F. SINGER, III,
      Plaintiff-Appellant,

v

ANURADHA SREENIVASAN and
BALAJI GANAPATHY,
      Defendants-Appellees.

SC: 139799
COA: 284575
Macomb CC: 06-002281-NI

_____/

On order of the Court, leave to appeal having been granted and the briefs and oral arguments of the parties having been considered by the Court, we VACATE our order of March 24, 2010. The application for leave to appeal the September 1, 2009 judgment of the Court of Appeals is DENIED, because we are no longer persuaded that the questions presented should be reviewed by this Court.

DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 15, 2010

_____
Clerk

p1012